# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ELIJAH L. HAWTHORNE

NO. 2019 KW 0611

**AUG 19 2019**

---

In Re:     Elijah L. Hawthorne, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 601117.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED AS MOOT.** The records of the Tangipahoa Parish Clerk's Office reflect that on May 22, 2019, the district court acted on relator's motion for production of documents.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT